*James Dempsey* and *Bartholomew A. Moynahan* for appellants.

*Otho S. Bowling* and *Harry C. Brenner* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

HARRY THOENS, Doing Business under the Name of HARRY THOENS Co., Appellant, *v.* J. A. KENNEDY REALTY CORP., Respondent.

Argued October 8, 1952; decided October 16, 1952.

*Monroe Goldwater, Milton Small* and *Robert Conrad* for appellant.

*J. Howard Carter, Stuart N. Updike* and *John R. Schoemer, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

CHRYSTAL S. DUNNINGER, Respondent, *v.* JOSEPH DUNNINGER, Appellant.

Submitted October 6, 1952; decided October 16, 1952.